David T. Hayek (SBN 144116)
dhayek@hinshawlaw.com
Brent M. Reitter (admitted pro hac vice)
breitter@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorneys for Defendant
ROC NATION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE DELACRUZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROC NATION LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 2:25-cv-11864-AH-SSC<br><br>**NOTICE OF RELATED CIVIL CASES** |

## NOTICE OF RELATED CIVIL CASES

Pursuant to Local Rule 83-1.3, Defendant ROC NATION LLC, files this Notice of Related Civil Cases, and shows this Court as follows:

## BACKGROUND

1. On information and belief, Tonoia Wade filed an action against Defendant Roc Nation LLC in this Court, Case No. 2:25-cv-11866 (C.D. Cal.) ("Wade Action").

2. The Wade Action has been assigned to the Honorable Andre Birotte Jr.

3. The Wade Action arises from the same or closely related transaction, happening, or event, as the instant action (the "Delacruz Action").

1
NOTICE OF RELATED CIVIL CASE

4.      The Wade Action calls for the determination of related or substantially similar questions of law or fact as the Delacruz Action.

## FACTUAL SUMMARY

5.      Both the Wade Action and the Delacruz Action arise out of the same "Hot Girl Summer" swimwear advertising campaign for which Defendant photographed multiple models, including Tonoia Wade and Janelle Delacruz, in a single photoshoot.

6.      Both Wade and Delacruz allege that they consented only to use their respective likenesses on social media, and that Defendant thereafter displayed campaign photographs on physical billboards in Hollywood, California and other cities without their consent, exceeding the scope of any license or agreement granted.

7.      Both actions assert claims against Roc Nation LLC for common law misappropriation of likeness, statutory misappropriation under California Civil Code § 3344, and false endorsement/false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), premised on the same alleged conduct: Defendant's unauthorized display of campaign photographs on billboards.

8.      Because both actions concern the same advertising campaign, the same alleged unauthorized billboard placements, and the same threshold legal issues, including whether the state-law misappropriation claims are preempted by the Copyright Act and whether Plaintiffs can plead a plausible Lanham Act false-endorsement theory, discovery, witnesses, and evidence relevant to one action are likely to overlap substantially with the other.

9.      On July 28, 2026, this Court issued an order in the Delacruz Action granting Defendant's motion to dismiss Delacruz's common law misappropriation, statutory misappropriation, and Lanham Act claims on grounds that may bear directly on the disposition of Wade's substantially identical claims in the Wade Action.

10.     Given the overlapping facts, common defendant, common legal theories, and the likelihood of overlapping discovery and potentially dispositive legal rulings,

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

2

relating the Delacruz Action and the Wade Action and assigning them to a single judge is likely to conserve judicial resources, promote consistency in adjudicating substantially similar claims, and avoid the risk of conflicting rulings.

Date: July 30, 2026

By: David T. Hayek
David T. Hayek
Brent M. Reitter (admitted pro hac vice)
HINSHAW & CULBERTSON LLP 350
South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399
Email: dhayek@hinshawlaw.com
breitter@hinshawlaw.com

NOTICE OF RELATED CIVIL CASE

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800